UNITED STATES of America,
Plaintiff—Appellee,

v.

Jimmy David CLEMONS, Defendant—
Appellant.

No. 08–8401.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 4, 2009.

Chiege Ojugo Kalu Okwara, Charlotte, North Carolina, for Appellant. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy David Clemons appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Clemons,* No. 1:04–cr–00088–LHT–DLH–1 (W.D.N.C. Oct. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*